UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **Blannie Wilkes** | ) | |
| | ) | **Case No: 4:13-cv-00284-MGL** |
| **Plaintiffs,** | ) | |
| v. | ) | |
| | ) | |
| **Client Services, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1) and by and through counsel, Penny Hays Cauley, and hereby dismisses all claims against Defendant Client Services, Inc., with prejudice.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed.  ID No.  10323
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff